**STATE of Missouri, Plaintiff/Respondent,**

v.

**Darnell COLEMAN, Defendant/Appellant.**

**No. 67047.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 14, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 17, 1996.

Application to Transfer Denied Feb. 20, 1996.

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General and Stacy L. Anderson, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL, J., and WHITE, Special Judge.

*ORDER*

PER CURIAM.

Defendant appeals his conviction by a jury of one count of first degree robbery, § 569.020, RSMo1986. The court sentenced him to a prison term of twenty-five years. We affirm. We have reviewed the record

**12**

and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).